# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| JOSEPH EMANUEL,<br>　　Plaintiff, | Civil Action No. 7:18-cv-00083 |
| v. | **OPINION** |
| DEPARTMENT OF JUSTICE, et al,<br>　　Defendant(s). | By:　James P. Jones<br>United States District Judge |

Joseph Emmanuel, proceeding pro se, filed a civil rights complaint, pursuant to 28 U.S.C. §2671 Federal Tort Claims Act. By Order entered April 6, 2018, the court directed plaintiff to submit within 20 days from the date of the Order a statement of assets, an inmate account form, and a certified copy of plaintiff's trust fund account statement for the six-month. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 8th day of May, 2018.

　　　　　　　　　　　　　　　　　　/s/James P. Jones
　　　　　　　　　　　　　　　　　　United States District Judge